|   |   |
|---|---|
| <u>DEFENDANT</u>: | JULIO ALAN ORTIZ-ACOSTA |
| <u>AGE/YOB</u>: | 1991 |
| <u>COMPLAINT FILED?</u> | _____ Yes      \_\_\_X\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | \_\_ Yes    \_\_ No |

OFFENSE(S):

**Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance

**Count 3:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

**Counts 28, 53**: Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine

**Count 54:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same

<u>LOCATION OF OFFENSE:</u> Denver County; Denver, Colorado

<u>PENALTY:</u>

**Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Count 3**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Counts 28, 53**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

**Count 54**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

| | |
|---|---|
| AGENT: | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Stephanie Podolak<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.