| | |
|---|---|
| DEFENDANT: | JESUS DURAN-ALTAMIRANO, a.k.a. "Chuy," |
| AGE/YOB: | Unknown |
| COMPLAINT FILED? | _____ Yes    ___X___ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __ No

| | |
|---|---|
| OFFENSE(S): | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance |
| LOCATION OF OFFENSE: | Denver County; Denver, Colorado |
| PENALTY: | **Count 1** <br> NLT 10 years, <br> NMT life imprisonment <br> At least 5 years Supervised Release <br> $10,000,000 fine <br> $100 Special Assessment |
| AGENT: | Michael Gutke <br> Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Stephanie Podolak <br> Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less; _X__ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.