| | |
|---|---|
| <u>DEFENDANT:</u> | RAMON CORTEZ-PELAYO |
| <u>AGE/YOB:</u> | 1980 |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_\_X\_\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | \_\_ Yes   \_\_ No |
| <u>OFFENSE(S):</u> | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 7:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same<br><br>**Count 8:** Title 18, United States Code, Section 924(c)(1)(A)(i); Use of a firearm in connection with a drug trafficking offense |
| <u>LOCATION OF OFFENSE:</u> | Denver County; Denver, Colorado |
| <u>PENALTY:</u> | **Count 1**<br>NLT 5 years,<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment<br><br>**Count 7**<br>NLT 5 years<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment |

**Count 8**
NLT 5 years imprisonment.
NMT 3 years Supervised Release
$250,000 fine.
$100 Special Assessment

| | |
|---|---|
| <u>AGENT</u>: | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| <u>AUTHORIZED BY:</u> | Stephanie Podolak<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

___ five days or less;  _X__ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.