DEFENDANT:          LUIS A. SAENZ,
                    a.k.a. "Uber,"

AGE/YOB:            1978

COMPLAINT          _____ Yes      ___X____ No
FILED?

                    If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   __ Yes   __ No

OFFENSE(S):        **Count 1:** Title 21, United States Code, Sections 841(a)(1),
                    (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
                    distribute and possess with the intent to distribute various amounts
                    of a mixture and substance containing a detectable amount of
                    cocaine, a Schedule II Controlled Substance

                    **Count 20:**  18 U.S.C. § 1952(a)(3)(A); Travel in interstate
                    commerce with the intent to promote, manage, establish, carry on,
                    and facilitate the promotion, management, establishment, and
                    carrying on, of an unlawful activity

                    **Count 19:**  Title 21 U.S.C. § 843(b) and (d); Use of a
                    Communication Facility in Connection with Drug Trafficking

                    **Count 21:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C.
                    § 2; Distribution or Possession with the Intent to Distribute 5
                    kilograms or more of a mixture or substance containing a detectable
                    amount of cocaine, a Schedule II Controlled Substance and Aiding
                    and Abetting the Same

LOCATION OF        Denver County; Denver, Colorado
OFFENSE:

PENALTY:           **Count 1**
                    NLT 10 years,
                    NMT life imprisonment
                    At least 5 years Supervised Release
                    $10,000,000 fine
                    $100 Special Assessment

**Count 20**
NMT 5 years in prison
At least 3 years of supervised release
$250,000.00 fine
$100 Special Assessment

**Count 19**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Count 21**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

AGENT:   Michael Gutke
       Special Agent, Drug Enforcement Administration

AUTHORIZED Stephanie Podolak
BY:     Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less; _X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.