| | |
|---|---|
| <u>DEFENDANT:</u> | ESVAN SAUL PEREZ |
| <u>AGE/YOB</u>: | 1997 |
| <u>COMPLAINT FILED?</u> | _____ Yes   \_\_\_X\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | \_\_ Yes   \_\_ No |
| <u>OFFENSE(S):</u> | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 22:** Title 18, United States Code, Sections 1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to transport or transfer funds from a place within the United States to or through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, specifically conspiracy to distribute and possess with the intent to distribute cocaine |
| <u>LOCATION OF OFFENSE:</u> | Denver County; Denver, Colorado |
| <u>PENALTY:</u> | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Count 22**<br>NMT 20 years imprisonment<br>NLT 5 years Supervised Release<br>NMT $500,000.00 or twice the value of the property involved in the money laundering transactions<br>$100 Special Assessment |
| <u>AGENT:</u> | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| <u>AUTHORIZED BY:</u> | Stephanie Podolak<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

___ five days or less;  _X__ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.