| | |
|---|---|
| <u>DEFENDANT</u>: | OMAR CORDERO-MENDIOLA |
| <u>AGE/YOB</u>: | 1993 |
| <u>COMPLAINT FILED?</u> | _____ Yes    ___X___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | __ Yes    __ No |
| <u>OFFENSE(S)</u>: | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; ; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 49:** 18 U.S.C. § 1952(a)(3)(A); Travel in interstate commerce with the intent to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of an unlawful activity<br><br>**Count 50** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the Intent to Distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same |
| <u>LOCATION OF OFFENSE</u>: | Denver County; Denver, Colorado |
| <u>PENALTY</u>: | **Count 1**<br>NLT 10 years,<br>NMT life imprisonment<br>At least 5 years Supervised Release<br>$10,000,000 fine<br>$100 Special Assessment<br><br>**Count 49**<br>NMT 5 years in prison<br>At least 3 years of supervised release<br>$250,000.00 fine<br>$100 Special Assessment |

**Count 50**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

AGENT: Michael Gutke
Special Agent, Drug Enforcement Administration

AUTHORIZED BY: Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less;  __X_ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.